MICHAEL L. CARVER, ESQ., SBN 173633
PATRICIA A. SAVAGE, ESQ., SBN 236235
LAW OFFICES OF MICHAEL L. CARVER
1550 Humboldt Road, Suite 1
Chico, CA 95928
Telephone: (530) 891-8503
Fax: (530) 891-8512
Email: carverm@aol.com

Attorneys for Plaintiff,
FAITH D. MARTIN individually and on behalf of all
others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH D. MARTIN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM INC.,<br><br>Defendants. | Case No. C 06-06883 MJJ<br><br>**ORDER** ON PARTIES STIPULATION TO CHANGE FILING DEADLINES RE MOTION TO COMPEL AND MOTION FOR CLASS CERTIFICATION |

UPON STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING THEREFORE THE COURT ORDERS AS FOLLOWS:

Plaintiff shall file her Motion to Compel, if at all, by July 31, 2007; Defendant to file their opposition by August 10, 2007; Plaintiff shall file her reply by August 17, 2007; the Court to hear the Motion to Compel on August 28, 2007 at 9:30 a.m.

Plaintiff shall file her Motion for Class Certification by September 28, 2007. The dues dates for the Opposition will be October 31, 2007 and the Reply shall be due November 26, 2007.

Dated: __8/29__, 2007

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

---
1
ORDER ON PARTIES STIPULATION TO CHANGE FILING DEADLINES RE MOTION TO COMPEL AND MOTION FOR CLASS CERTIFICATION