1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   CHARLES F. BARKER, Cal. Bar No. 70076
3  333 South Hope Street, 48th Floor
   Los Angeles, California  90071-1448
4  Telephone:    213-620-1780
   Facsimile:    213-620-1398
5  cbarker@sheppardmullin.com

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
7      Including Professional Corporations
   SAMANTHA D. HARDY, Cal. Bar No. 199125
8  501 West Broadway, 19th Floor
   San Diego, California  92101-3598
9  Telephone:    619-338-6500
   Facsimile:    619-234-3815
10 shardy@sheppardmullin.com

11 Attorneys for DEFENDANT FEDEX GROUND
   PACKAGE SYSTEM, INC.
12
   LAW OFFICES OF MICHAEL L. CARVER
13 MICHAEL L. CARVER, Cal. Bar No. 173633
   1550 Humboldt Road, Suite 1
14 Chico, California  95928
   Telephone:    530-891-8503
15 Facsimile:    530-891-8512
   carverm@aol.com
16
   Attorneys for Plaintiff FAITH MARTIN
17

18                UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20                 SAN FRANCISCO DIVISION

21 FAITH D. MARTIN, individually and on        Case No.  06-cv-06883-MJJ
   behalf of all others similarly situated,
22                                             CLASS ACTION
                PLAINTIFF,
23                                             STIPULATION AND [PROPOSED]
          v.                                   ORDER CHANGING FILING
24                                             DEADLINES RE MOTION FOR
   FEDEX GROUND PACKAGE SYSTEM,                CLASS CERTIFICATION
25 INC., and DOES 1-10 inclusive,
                                               Complaint Filed:  September 20, 2006
26              DEFENDANT.

27

28

                                            STIPULATION AND [PROPOSED] ORDER CHANGING FILING
                                            DEADLINES RE MOTION FOR CLASS CERTIFICATION

## STIPULATION

WHEREAS, plaintiff Faith Martin's ("Martin") current deadline to file her Motion for Class Certification ("Motion") is September 28, 2007; and

WHEREAS, the due date for the Opposition to the Motion is October 31, 2007; and

WHEREAS, the due date for the Reply to the Opposition is November 26, 2007; and

WHEREAS, Martin and defendant FedEx Ground Package System, Inc. ("FedEx Ground") agree that, based on the current status of settlement negotiations, settlement appears probable, and Martin's Motion may therefore become unnecessary.

IT IS HEREBY STIPULATED and AGREED by the parties, through their respective counsel of record, that the due dates for Martin's Motion, the Opposition, and the Reply shall be extended to October 12, 2007, November 9, 2007 and November 30, 2007, respectively.

W02-WEST:1REM1\400436641.2

06-cv-06883-MJJ

STIPULATION AND [PROPOSED] ORDER CHANGING FILING
DEADLINES RE MOTION FOR CLASS CERTIFICATION

1    IT IS FURTHER STIPULATED and AGREED by the parties, through their

2 counsel of record, that, should it become necessary for Martin to file the Motion, she shall

3 be permitted to take depositions necessary to support the Motion on shortened notice.

4

5 DATED: September 24, 2007

6                                            SHEPPARD MULLIN RICHTER & HAMPTON LLP

7

8                         By        /s/ Samantha Hardy

9                                            SAMANTHA D. HARDY
                                             Attorneys for Defendant
10                                           FEDEX GROUND PACKAGE SYSTEM, INC.

11
   DATED: September 24, 2007
12

13                                           LAW OFFICES OF MICHAEL L. CARVER

14

15                        By        /s/ Michael Carver

16                                           MICHAEL L. CARVER
                                             Attorneys for Plaintiff
17                                           FAITH MARTIN

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2

3          Upon consideration of the foregoing stipulation and good cause appearing

4   therefor;

5

6          IT IS ORDERED THAT the due dates for plaintiff Faith Martin's ("Martin")

7   Motion for Class Certification, the Opposition thereto, and the Reply thereto, shall be

8   extended to October 12, 2007, November 9, 2007 and November 30, 2007, respectively.

9

10          IT IS FURTHER ORDERED THAT, should it become necessary for Martin

11   to file a Motion for Class Certification, she shall be permitted to take depositions necessary

12   to support the Motion on shortened notice.

13

14   DATED: _____09/28_____, 2007

15

16                                    _____

17                                    UNITED STATES DISTRICT JUDGE

18

19   Judge Martin J. Jenkins

20

21

22

23

24

25

26

27

28

W02-WEST:1REM1\400436641.2

-4-

**06-cv-06883-MJJ**                              **STIPULATION AND [PROPOSED] ORDER CHANGING FILING**
                                                 **DEADLINES RE MOTION FOR CLASS CERTIFICATION**