**MICHAEL L. CARVER, ESQ., SBN 173633**
**PATRICIA A. SAVAGE, ESQ., SBN 236235**
**LAW OFFICES OF MICHAEL L. CARVER**
1550 Humboldt Road, Suite 1
Chico, CA  95928
Telephone:  (530) 891-8503
Fax:  (530) 891-8512

Attorneys for Plaintiff
FAITH D. MARTIN individually and on behalf of all others similarly situated

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
**CHARLES F. BARKER #70076**
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Telephone (213) 620-1780
Facsimile (213) 620-1398

Attorneys for Defendant
FedEx Ground Package System, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH D. MARTIN, et al,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGE SYSTEM INC., et al,<br><br>　　　　　Defendants. | Case No.  06-CV-06883-MJJ<br><br>**CLASS ACTION**<br><br>**NOTICE OF PROPOSED SETTLEMENT; STIPULATION RE FILING MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY, AND REQUEST FOR ORDER SHORTENING TIME FOR COURT TO HEAR MOTIONS RELATIVE TO PRELIMINARY APPROVAL; ORDER THEREON** |

1

NOTICE OF PROPOSED SETTLEMENT; STIPULATION RE FILING MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY, AND REQUEST FOR ORDER SHORTENING TIME FOR COURT TO HEAR MOTIONS RELATIVE TO PRELIMINARY APPROVAL; ORDER THEREON

Plaintiff FAITH D. MARTIN and Defendant FEDEX GROUND PACKAGE SYSTEM INC. by and through their respective counsel of record, hereby notify this court and stipulate as follows:

**NOTICE OF PROPOSED SETTLEMENT**

The parties engaged in mediation on July 20, 2007. Thereafter, the parties continued negotiations and have reach a proposed settlement which is subject to court approval. The parties are currently circulating an MOU which provides for a formal Stipulation of Settlement, including agreed-upon Class Notices and Claim Forms.  The MOU further contemplates that the parties will conclude the settlement document drafting process and file a Motion for Preliminary Approval within approximately sixty days.  The proposed settlement includes settlement of the allegations of this action (Martin), as well as all claims in the pending similar case of Olguin v. FedEx Ground Package System, Inc., Superior Court of California, County of Orange, Case No. 02CC00299. The proposed settlement further provides that the parties will, as part of the preliminary approval process, seek to amend the Complaint in the Martin action to include all claims and allegations in the Martin and Olguin actions, to bring all of the pending matters before the same court.

**STIPULATION RE FILING MOTION FOR CLASS CERTIFICATION**
**FOR PURPOSES OF SETTLEMENT ONLY**

The proposed settlement contemplates that as part of the preliminary settlement approval process, the parties would seek class certification for settlement purposes only.  Accordingly, the court-set dates for the filing and hearing of the Plaintiff's contested Motion for Class Certification should be vacated. The parties hereby request the court vacate all pending dates regarding the Motion for Class Certification, including the hearing date of December 7, 2007.

**REQUEST FOR ORDER SHORTENING TIME FOR COURT**
**TO HEAR MOTION FOR PRELIMINARY APPROVAL**

Local Rule 7-2 requires motions be filed and served thirty-five (35) before the hearing date.  Because the proposed settlement contemplates Plaintiffs would file an uncontested Motion

NOTICE OF PROPOSED SETTLEMENT; STIPULATION RE FILING MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY, AND REQUEST FOR ORDER SHORTENING TIME FOR COURT TO HEAR MOTIONS RELATIVE TO PRELIMINARY APPROVAL; ORDER THEREON

for Preliminary Approval and Motion to Amend the Complaint, the parties believe that the regular notice time is unnecessary, unless the time is needed by the Court. The parties request the Court allow the Plaintiff to file her proposed motions ten (10) Court days before the hearing date.

Respectfully submitted.

Date:  October 12, 2007           LAW OFFICES OF MICHAEL L. CARVER

/s/Michael L. Carver

_____
Michael L. Carver
Attorney for Plaintiff,
FAITH MARTIN, et al.

Date:  October 12, 2007           SHEPPARD, MULLIN, RICHTER & HAMPTON

/s/Samantha D. Hardy

_____
Samantha D. Hardy
Attorney for Defendant,
FEDEX GROUND PACKAGE SYSTEM INC., et al.

### **ORDER**

Upon reviewing and considering the foregoing stipulation the Court hereby vacates the class certification schedule, including the hearing class certification motion hearing date of December 7, 2007.

Further, IT IS HEREBY ORDERED THAT plaintiff may file her proposed uncontested Motion for Preliminary Approval and Motion to Amend the Complaint at not less than (15) Court days before the hearing date

DATED:  10/16/07                _____
                                Hon. MARTIN J. JENKINS
                                United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; Signature: Judge Martin J. Jenkins]*

---

3
NOTICE OF PROPOSED SETTLEMENT; STIPULATION RE FILING MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES ONLY, AND REQUEST FOR ORDER SHORTENING TIME FOR COURT TO HEAR MOTIONS RELATIVE TO PRELIMINARY APPROVAL; ORDER THEREON