IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH D MARTIN, et al,                     No   C 06-6883 VRW

      Plaintiffs,                         ORDER

      v

FEDEX GROUND PACKAGE SYSTEM, INC,
and DOES 1-10, inclusive,

      Defendants.
_____/

        The parties to this wage and hour purported class action propose to settle this action and an accompanying state court action for $8,125,000 less up to $3,046,250 in attorney fees, costs of suit and administration and class representative incentive awards.  Absent from the submissions in support of the proposed settlement are: (1) substantiation that would permit the court to perform a lodestar cross-check of the claimed attorney fees; see <u>In Re HPL Technologies, Inc, Securities Litigation</u>, 366 F Supp 2d 912 (ND Cal 2005)(Walker, J); and (2) terms of the option to terminate the settlement pursuant to the parties' separate agreement; see Stipulation, Doc #49, Exh A at ¶13(f) and <u>In Re Chiron, Inc,</u>

<u>Securities Litigation</u>, 2007 US Dist LEXIS 91140 at *26-*30 (ND Cal 2007)(Walker, J).

    The parties are DIRECTED to submit the foregoing information not later than noon, May 5, 2008.

    IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge