MATTHEW RIGHETTI (SBN 121012)
JOHN GLUGOSKI (SNB 191551)
RIGHETTI LAW FIRM, P.C.
456 Montgomery St, Suite 1400
San Francisco, CA 94104
Telephone: (415) 983-0900
Fax: (415) 397-9005

MICHAEL L. CARVER, ESQ., SBN 173633
LAW OFFICES OF MICHAEL L. CARVER
1600 Humboldt Road, Suite 3
Chico, CA 95928
Telephone: (530) 891-8503
Fax: (530) 891-8512

GEOFFREY GEGA, ESQ., SBN 91980
REGINA SILVA, ESQ., SBN 173573
COOK BROWN, LLP
1851 East First Street, Suite 1440
Santa Ana, CA 92705-4044
Telephone: (714) 542-1883
Fax: (714) 542-1009

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FAITH D. MARTIN, et al, <br><br> Plaintiff, <br><br> v. <br><br> FEDEX GROUND PACKAGE SYSTEM INC., et al, <br><br> Defendants. | Case No. 06 -CV-6883-VRW <br><br> **APPLICATION FOR CONTINUANCE OF MOTION FOR PRELIMINARY APPROVAL AND SETTING NEW DEADLINE TO SUBMIT ADDITIONAL AND REVISED MATERIALS TO THE COURT AND [PROPOSED ORDER]** <br><br> [Local Rules 7-7] <br><br> Honorable Vaughn R. Walker <br> Location: Courtroom 6 |

---

1

**APPLCIATION FOR CONTINUANCE OF MOTION FOR PRELIMINARY APPROVAL AND SETTING DEADLINE TO SUBMIT ADDITIONAL AND REVISED MATERIALS TO THE COURT AND [PROPOSED ORDER]**

WHEREAS, a Motion for Order: Amending Complaint; Preliminarily Approving Class Action Settlement; Conditionally Certifying the Class for Settlement Purposes Only; Approving the Form and Method of Notice; Establishing Opt-Out Objection and Claim Procedure; and Scheduling a Final Fairness Hearing was filed with the court on or about April 22, 2008;

WHEREAS, the Court requested additional information from the Plaintiffs by May 5, 2008 and Plaintiffs need additional time to submit such information; and

WHEREAS, this Application for Continuance has been discussed with both defense counsel and all Plaintiffs' counsel. No party objects to this application.

NOW THEREFORE, pursuant to Local Rule 7-7, Plaintiffs hereby continue the present

///

///

///

///

///

preliminary approval motion to June 19, 2008 and to set a deadline of June 10, 2008 to submit any revised papers and the information requested by the Court in its April 29, 2008 Order.

Dated: May 5, 2008

RIGHETTI LAW FIRM, P.C.

By: _____
John Glugoski, Esq.
Counsel for Named Plaintiffs
Javier Olguin, Miguel Vargus, and
Kelly Freeman

## ORDER

In view of the application pursuant to Local Rule 7-7, the Court continues the motion currently scheduled for May 8, 2008 to June 19, 2008 and continues the date for the submission of the information required by its April 29, 2008 Order or any other revised papers to ~~June 10, 2008~~. JUNE 5, 2008.

DATED: _____May 5_____, 2008

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3
**APPLCIATION FOR CONTINUANCE OF MOTION FOR PRELIMINARY APPROVAL AND SETTING DEADLINE TO SUBMIT ADDITIONAL AND REVISED MATERIALS TO THE COURT AND [PROPOSED ORDER]**