SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
CHARLES F. BARKER, Cal. Bar No. 70076
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone:   213-620-1780
Facsimile:    213-620-1398
cbarker@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
SAMANTHA D. HARDY, Cal. Bar No. 199125
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619-338-6500
Facsimile:    619-234-3815
shardy@sheppardmullin.com

Attorneys for DEFENDANT FEDEX GROUND
PACKAGE SYSTEM, INC.

LAW OFFICES OF MICHAEL L. CARVER
MICHAEL L. CARVER, Cal. Bar No. 173633
1550 Humboldt Road, Suite 1
Chico, California 95928
Telephone:   530-891-8503
Facsimile:    530-891-8512
carverm@aol.com

RIGHETTI LAW FIRM, P.C.
MATTHEW RIGHETTI, Cal. Bar No. 121012
JOHN GLUGOSKI, Cal. Bar No. 191551
456 Montgomery St., Suite 1400
San Francisco, California 94104
Telephone:   415-983-0900
Facsimile:    415-397-9005

COOK BROWN, LLP
GEOFFREY GEGA, Cal. Bar No. 91980
REGINA SILVA, Cal. Bar No. 173573
1851 East First St., Suite 1440
Santa Ana, California 92705
Telephone:   714-542-1883
Facsimile:    714-542-1009
carverm@aol.com

Attorneys for PLAINTIFFS

W02-WEST:8RAM1\401006903.1

-1-

06-cv-06883-MJJ

STIPULATED REQUEST TO MOVE HEARING
AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 4 | FAITH D. MARTIN, individually and on behalf of all others similarly situated, | Case No. 06-cv-06883-MJJ |
| 5 | | CLASS ACTION |
| 6 | PLAINTIFF, | |
| 7 | v. | **STIPULATED REQUEST TO MOVE HEARING AND [PROPOSED] ORDER** |
| 8 | FEDEX GROUND PACKAGE SYSTEM, INC., and DOES 1-10 inclusive, | Complaint Filed: September 20, 2006 |
| 9 | DEFENDANT. | |

## STIPULATION

WHEREAS, the parties currently have a hearing scheduled before the Court on September 18, 2008 at 2:30 p.m.; and

WHEREAS, there is a conflict such that defense counsel will not be able to attend the hearing at the date and time currently scheduled; and

WHEREAS, the Court was consulted regarding other possible hearing dates and the appropriate procedures to follow; and

WHEREAS, the Court advised that the parties should submit a Stipulated Request to Move Hearing and [Proposed] Order, and indicated that the first available date was December 4, 2008;

IT IS HEREBY STIPULATED and AGREED by the parties, through their respective counsel of record, that the hearing should be rescheduled for December 4, 2008, and any papers to be filed associated with that hearing will be filed 21 days before the hearing, or November 13, 2008.

DATED: August 28, 2008

                SHEPPARD MULLIN RICHTER & HAMPTON LLP

        By        /S/ S. Hardy
                CHARLES BARKER
                SAMANTHA D. HARDY
                Attorneys for Defendant
                FEDEX GROUND PACKAGE SYSTEM, INC.

1 DATED: August 28, 2008

2                       LAW OFFICES OF MICHAEL L. CARVER

4                 By         /S/ M. Carver
5                           MICHAEL L. CARVER
                          Attorneys for Plaintiffs

6 DATED: August 28, 2008

7                       RIGHETTI LAW FIRM

9                 By         /S/ M. Righetti
10                           MATTHEW RIGHETTI
                          JOHN GLUGOSKI
11                           Attorneys for Plaintiffs

12 
13 DATED: August 28, 2008

14                       COOK BROWN, LLP

16                 By         /S/ G. Gega
                          GEOFF GEGA
17                           REGINA SILVA
                          Attorneys for Plaintiffs

1 **ORDER**

3   Upon consideration of the foregoing stipulation and good cause appearing
4 therefor;

6   IT IS ORDERED THAT the current hearing date set for September 18, 2008
7 at 2:30 p.m. be taken off calendar and rescheduled for ~~December 4, 2008~~ December 18, 2008 at
8 __2:30 P.M.__ ~~a.m./p.m.~~, and that the papers associated with that hearing shall be filed by
9 ~~November 13, 2008~~. November 20, 2008.

11 DATED: __Aug. 29_____, 2008

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED

Judge Vaughn R Walker

28 W02-WEST:8RAM1\401006903.1 -5-
06-cv-06883-MJJ

STIPULATED REQUEST TO MOVE HEARING
AND [PROPOSED] ORDER