IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAITH D MARTIN, et al,<br><br>    Plaintiffs,<br><br>    v<br><br>FEDEX GROUND PACKAGE SYSTEM, INC, and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | No   C-06-6883 VRW<br><br>ORDER |

    The court has reviewed the declaration of John Glugoski, Doc #67-8, and seeks further explanation regarding why the total number of shifts listed in paragraph 7 (4,507,212) does not match the total number of shifts listed in paragraph 11 (3,942,077). Counsel are directed to explain the apparent discrepancy to the court either in writing or at the hearing scheduled for December 18, 2008 at 2:30 PM.

    IT IS SO ORDERED.

                                                    VAUGHN R WALKER<br>                                                  United States District Chief Judge