IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAITH D MARTIN, et al,  No   C-06-6883 VRW

  Plaintiffs,  ORDER

  v

FEDEX GROUND PACKAGE SYSTEM, INC,
and DOES 1-10, inclusive,

  Defendants.

_____/

The court has reviewed the parties' submissions regarding the final value of the settlement and seeks further clarification regarding the settlement value for the class.  Based on the court's calculations, the costs to be subtracted from the maximum settlement value are:

|  | Amount | Citation |
|---|---|---|
| Attorney Fees | $2,756,250 | Doc #75 Exh 1 |
| Incentive Awards | $40,000 | Doc #75 Exh 1 |
| Administration costs | $138,000 | Doc #75 Exh 1 |
| Cook Brown expenses | $27,372.31 | Doc #75 Exh 2 |
| Carver expenses | $12,249.78 | Doc #75 Exh 3 |
|  |  |  |
| Total costs | $2,973,872.09 |  |

      The maximum settlement value is $8,125,000, from which the court subtracts total costs of $2,973,872.09 to calculate a net settlement value of $5,151,127.91.  Forty-eight percent of that net settlement value is $2,472,541.40, which does not match the value submitted by counsel.  See Doc #74 at 9 (stating that forty-eight percent of the net settlement is $2,316,937.50).  Counsel are directed to explain the apparent discrepancy either in writing or at the hearing scheduled for May 21, 2009 at 2:30 PM.

      IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge