1

2

3

4

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  FAITH D MARTIN, et al,                No   C-06-6883 VRW

13          Plaintiffs,                   ORDER

14          v

15  FEDEX GROUND PACKAGE SYSTEM, INC,
    and DOES 1-10, inclusive,
16
            Defendants.
17  _____/

18

19

20          Plaintiffs request the court enter the parties' proposed

21  "Final Judgment and Order of Dismissal with Prejudice."  Doc #81.

22  The court recognizes that Doc #81 follows a format contemplated by

23  the parties' settlement agreement.  Id at 2.  Unfortunately, this

24  submission fails to comply with FRCP 54(a) and 58(a) and the court

25  declines to enter it.

26          Regrettably, the court did not focus on this document's

27  noncompliance with FRCP 54(a) and 58(a) at the time the settlement

28  was under consideration, so that the form of judgment could then be

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1   brought into compliance.  Nonetheless, if a judgment is to be

2   entered, it should comply with the form of judgments so that its

3   satisfaction can be determined without resort to prolonged

4   proceedings.

5          To assist the parties in complying with the Federal

6   Rules, the court has drafted and attaches herewith a proposed form

7   of judgment that appears to the court to implement the parties'

8   intended disposition of the action.  Counsel are requested to

9   review the attached proposed form of judgment and inform the court

10  whether it meets with their approval.  In addition, counsel should

11  prepare a proposed form of order to resolve any outstanding issues

12  that require judicial resolution in order to implement their

13  settlement.

14

15         IT IS SO ORDERED.

16

17                                    _____

18                                    VAUGHN R WALKER
                                      United States District Chief Judge
19

20

21

22

23

24

25

26

27

28

**2**